UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**YADIELYS ROJAS,**

    **Plaintiff,**

**v.**                                                         **Case No: 8:24-cv-2385-MSS-SPF**

**UNITED STATES CITIZENSHIP**
**AND IMMIGRATION SERVICES,**

    **Defendant.**

## ORDER

**THIS CAUSE** comes before this Court for consideration of Defendant's Motion to Dismiss for Mootness. (Dkt. 6) Plaintiff has not responded to the Motion, and the deadline for doing so has passed.[1] In the Motion, Defendant indicates Plaintiff has obtained the relief sought in the Complaint. (Id.) Specifically, Plaintiff sought an order directing Defendant United States Citizenship and Immigration Services to immediately adjudicate her husband's Form I-485. (Dkt. 1) Defendant represents that Plaintiff's husband's Form I-485 was granted on or about November 1, 2024. (Dkt. 6-1) For this reason, Defendant maintains this case is moot. The Court agrees.

Accordingly, it is hereby **ORDERED**:

    1. Defendant's Motion to Dismiss for Mootness, (Dkt. 6), is **GRANTED**.

    2. The Complaint is **DISMISSED AS MOOT**.

---

[1] According to Local Rule 3.01(c), if a party fails to timely respond, the Court may treat the motion as unopposed.


3. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of December 2024.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person